ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: sanders@frozenlaw.com

Attorney for Providence Health & Services - Washington

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JILL ABEAR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PROVIDENCE HEALTH SYSTEM WASHINGTON and OLYMPIA ORTHOPAEDIC ASSOCIATES, P.L.L.C.,<br><br>　　　　　Defendants. | Case No. 3:13-cv-_____-____ |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant Providence Health & Services - Washington ("Providence"),[1] a corporation, hereby removes this case from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to the United

---

[1] The plaintiff did not use the correct name for defendant Providence.
NOTICE OF REMOVAL　　　　　　　　　　　　　　　　　　　Case No. 3:13-cv-_____
*Abear v. Providence, et al.*　　　　　　　　　　　　　　　　　　　　Page 1 of 4
Case 3:13-cv-00097-SLG　Document 1　Filed 06/07/13　Page 1 of 4

States District Court for the District of Alaska. In support of this Notice of Removal, Providence avers as follows:

1. Plaintiff Jill Abear commenced this action in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, in May of 2013. A copy of the Summons and Complaint is attached hereto as Exhibit A. Providence was served on May 17, 2013.

2. This action involves allegations of negligent medical treatment by the defendants, as well as allegations that the defendants' conduct was reckless and outrageous.

3. In paragraph 1 of the complaint, the plaintiff alleges that the "events which give rise to this action occurred in Olympia, Washington."

4. In paragraph 2 of the complaint, the plaintiff alleges that she is a resident of the state of Alaska.

5. Defendant Providence is a Washington corporation and its principle place of business is the state of Washington.

6. Defendant Olympia Orthopaedic Associates, P.L.L.C. is a Washington corporation and its principle place of business is the state of Washington.

7. In the complaint, the plaintiff prays for an award in excess of $1 million.

8. Pursuant to 28 U.S.C. § 1332, the "district courts shall have original jurisdiction of civil actions where the amount in controversy exceeds the sum or value of $75,000" and is between "Citizens of different States. . . ." A "corporation shall be

NOTICE OF REMOVAL  Case No. 3:13-cv-_____
*Abear v. Providence, et al.*  Page 2 of 4
Case 3:13-cv-00097-SLG   Document 1   Filed 06/07/13   Page 2 of 4

deemed a citizen of any State by which it has been incorporated or in the State where it has its principle place of business. . . ."

9. For the foregoing reasons, the court has jurisdiction over this case pursuant to 28 U.S.C. § 1332.

10. This notice is being filed within 30 days of Providence's first receipt of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

11. Apart from the Summons and Complaint, Providence has received no other process, pleadings, motions or orders.

12. The United States District Court for the District of Alaska is the federal district court embracing the Third Judicial District at Anchorage, Alaska, where this lawsuit was originally filed. Removal to this district is therefore proper under 28 U.S.C. § 1441(a).

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal has been filed with the clerk of court for the state of Alaska, Third Judicial District, at Anchorage. (*See* Exhibit B.)

DATED this 6th day of June, 2013.

By  /s/ Eric T. Sanders
    Eric T. Sanders
    [Alaska Bar No. 7510085]

NOTICE OF REMOVAL                                           Case No. 3:13-cv-_____
*Abear v. Providence, et al.*                                                    Page 3 of 4
Case 3:13-cv-00097-SLG   Document 1   Filed 06/07/13   Page 3 of 4

FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Providence Health & Services - Washington

**CERTIFICATE OF SERVICE**
I hereby certify that on the 6th day of June, 2013, a copy of the foregoing
**Notice of Removal** was served by hand delivery on:

Michael Rose
Frontier Law Group
333 West 4th Avenue, Suite 311
Anchorage Alaska  99501

By:   /s/ Eric T. Sanders

NOTICE OF REMOVAL                                          Case No. 3:13-cv-_____
*Abear v. Providence, et al.*                                                  Page 4 of 4
Case 3:13-cv-00097-SLG   Document 1   Filed 06/07/13   Page 4 of 4