IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

_Jill Shear_ _____
                                    Plaintiff(s),

vs.

_Providence Health System –_
_Washington and Olympia_
_Orthopaedic Associates, PLLC_ ___
                                    Defendant(s).

CASE NO. 3AN- _13 - 7125 CI_

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: _Providence Health System Washington c/o Business Filings Inc. Reg Agn_
_9360 Glacier Hwy St. 202 Juneau AK 99801_
You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave.,
Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition,
a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented)
_Frontier Law Group - Michael Rose_ ___, whose address is: _333 w. 4th Ave Ste. 311_
_Anchorage, AK 99501_

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _Guidi_
  and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

_5-17-13_
_____
Date

By: _____
    Deputy Clerk

I certify that on _5-17-13_ a copy of this Summons was ☐ mailed ☑ given to
☐ plaintiff ☑ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.

CIV-100 ANCH (6/10)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit A
Page 1 of 30

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

JILL ABEAR

              Plaintiff,

    v.

PROVIDENCE HEALTH SYSTEM
WASHINGTON and OLYMPIA
ORTHOPAEDIC ASSOCIATES, P.L.L.C.

              Defendants.

Case No. 3AN-13-     CI

## COMPLAINT
### (Medical Negligence)

COMES NOW Plaintiff, Jill Abear ("*Ms. Abear*"), by and through her attorneys, Frontier Law Group, LLC, and for the causes and actions set forth in this complaint, states and alleges as follows:

1. The events which gave rise to this action occurred in Olympia, Washington.

2. Ms. Abear is currently a resident of Eagle River, Alaska, and consents to the jurisdiction of this court.

3. Defendant, Providence Health System-Washington ("*Providence*") is a non-profit organization doing business within the State of Alaska and is subject to the jurisdiction of this Court as per AS 09.05.015(a)(1)(C), (a)(1)(D).

4. Defendant, Olympia Orthopaedic Associates, P.L.L.C. ("*OOA*") is a corporation doing business in Olympia, Washington.

## FACTS

COMPLAINT
*Jill Abear v. Providence Health System-Washington et al.*, Case No. 3AN-13-    CI
Page 1 of 8

FRONTIER LAW GROUP, LLC
333 W. 4th Ave. Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

Exhibit A

FRONTIER LAW GROUP, LLC
333 W. 4ᵗʰ Ave. Ste 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

5. On October 25, 2009, Ms. Abear was in a severe motor vehicle accident where she was a restrained passenger.

6. Due to many injuries caused in the accident, she was transported to Providence St. Peter Hospital Emergency Room where she was immediately treated.

7. Ms. Abear was assessed and it was determined that she suffered a severe right arm injury that required further care.

8. X-ray on the arm revealed that her right arm had a "medial arm flap laceration and lateral dorsal forearm skin loss with significant dirty contamination, decreased motor function and sensation in the hand. " (See Discharge Summary- Abear00001-000002)

9. She was taken to the operating room where surgeon, Dr. Ghalib A. Husseini, operated on her arm.

10. The surgeon's notes of this surgery reveal that, "The humerus was reduced and fixed with 3.5 seven-hole LCDC plate with six screws, which were progressively drilled, measured, tapped, and the appropriate length screws installed." (See Operative Report- Abear000003-000004)

11. In fact, LCDC plates were not used to repair Ms. Abear's arm, but rather LCP reconstruction plates were used.

12. For 72 hours after her first surgery, Ms. Abear was given perioperative antibiotics and then was returned to the operating room for a second procedure.

13. Ms. Abear was discharged on October 31, 2009.

14. On November 12, 2009, Ms. Abear followed up with Dr. Husseini where an x-ray was taken.

COMPLAINT
*Jill Abear v. Providence Health System-Washington et al.*, Case No. 3AN-13-      CI
Page 2 of 8

15. Dr. Husseini's report indicates that, "Three views of the right humerus compared to films from the hospital show that there is slight angulation of the internally fixed right humerus fracture approximately 20 degrees of lateral apex angulation compared to the prior films." (See progress note DOS 11/12/2009- Abear 000005)

16. On a subsequent visit in January 7, 2010, Dr. Husseini reported that, "There is evidence of healing at the ulna and proximal radius fractures. No clear evidence of healing at the humerus and distal radius shaft fractures." (See progress note DOS 01/07/2010-Abear 000006)

17. Ms. Abear's arm did not heal properly and eventually the "hardware" in her arm failed which brought her back to OOA.

18. Upon Ms. Abear's return to OOA, she discovered then that Dr. Husseini, the doctor that did the original surgery, was no longer practicing medicine.

19. On September 23, 2010, Ms. Abear went back to OOA but Dr. Husseini was no longer there and Dr. Thomas Helpenstell took over her treatment.

20. On the September 23, 2010 visit, Dr. Helpenstell recommended surgery because the non-union with failed hardware in her right arm. (See progress note DOS 09/23/2010-Abear 000007-000008)

21. In March 2011, she went back into surgery to remove the hardware "from the right humerus with open reduction internal fixation intramedullary nail and bone grafting."

22. It was also noted at that time that she had healing of the right forearm ulna fracture, as well as a healing of the proximal right radius fracture but there was a nonunion and fracture of the distal plate on the right radius. It was decided at that time since it was

COMPLAINT
*Jill Abear v. Providence Health System-Washington et al.*, Case No. 3AN-13-          CI
Page 3 of 8

FRONTIER LAW GROUP, LLC
333 W. 4th Ave., Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

asymptomatic and given her overall condition that no additional treatment be offered for that condition at that time. (See Operative Report 03/15/2011 and subsequent progress note DOS 03/22/2011- Abear 000009-000013)

23. Another year or so later, she presented to South Peninsula Hospital with nausea and vomiting.

24. South Peninsula Hospital identified the fractured hardware and nonunion and referred her back to her orthopaedist in Washington. (See Emergency Room Report DOS 07/17/2012- Abear 000014-000015)

25. Several months later, Ms. Abear was seen at Central Peninsula Orthopaedics by Dr. D. Scott Innes.

26. At that time, Dr. Innes diagnosed Ms. Abear with a right radius nonunion and a right humerus nonunion and he recommended operative intervention for both conditions. (See progress notes DOS 10/16/2012 and 11/01/2012- Abear 000016-000021)

27. To date, Ms. Abear continues to suffer due to the right humerus nonunion.

28. It was not until April 16, 2013, that Ms. Abear finally discovered the incorrect plates were used in the initial surgery, which had prevented her from healing properly.

## MEDICAL NEGLIGENCE PROVIDENCE

29. Ms. Abear realleges and incorporates paragraphs 1-28 hereto.

30. The operative report of October 25, 2009 indicates that LCDC plates were used to fix the radius, ulna, and the humeral shaft fracture.

FRONTIER LAW GROUP, LLC
333 W. 4th Ave, Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

31. Radiologically, however, the plates that appear on the spot fluoros during the surgery October 25, 2009 do not look like the expected LCDC plate but instead appear to be thin LCP reconstruction plates.

32. The implant record dated October 25, 2009 indicates that a "3.5 LCP plate seven-hole #245.071" and a "3.5 LCP plate 12-hole 245.121" was used. These are not LCDC plates but rather LCP plates made by Synthes.

33. The implant record indicates that an LCP (locking compression plate) was used, however, the corresponding serial number 245.071 and 245.121 correspond to LCP reconstruction plates (not locking plates) based on the Synthes surgical guide and instrumentation/products.

34. There is documentation that the surgeon claims he put in LCDC plate and the nursing implantation record indicates that LCP plate was put in. However, the actual representation on the x-rays and the serial numbers indicate that LCP reconstruction plates were used to fix the humerus, radius, and ulna fractures.

35. The use of LCP reconstruction plates was a breach in the standard of care in internal fixation on October 25, 2009 of the humerus, radius, and ulna because this type of plate is too thin and flexible and will not support the bone to allow it to heal and because it is too flexible has a high rate of fracture and metal failure/breakage leading to nonunion.

36. It was a breach in the standard of care to fix the humerus fracture, radius fracture, and ulna fractures using LCP Synthes reconstruction plates yet dictate and document in the operative report that LCDC plates were used, as well as erroneously listing in the implant record that LCP plates were used.

FRONTIER LAW GROUP, LLC
333 W. 4th Ave. Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

37. The use of flexible reconstruction plates are not documented by the implant record nor by the surgeon's dictated operative report yet are clearly seen on the radiology.

38. The use of flexible reconstruction plates is not indicated in fixation of humeral shaft, radius, and ulna fractures since it leads to breakage of the plate and fracture nonunion.

39. The use of reconstruction plates in this case was a breach in the standard of care.

40. Dr. Husseini and the hospital's negligence caused the wrong hardware to be implanted in Ms. Abear's arm. The hardware that was implanted was not appropriate for this type of injury and this caused Ms. Abear to have future complications, pain, suffering, require surgery, go through pain medication addiction and consequently, legal problems associated with pain medication addition.

## **MEDICAL NEGLIGENCE OOA**

41. Ms. Abear realleges and incorporates paragraphs 1-40 hereto.

42. In addition to the medical negligence alleged against Providence, it is certain that the physicians at OOA who treated Ms. Abear were negligent in their treatment of her from October 25, 2009 through May 4, 2011.

43. Dr. Husseni was a physician who oversaw Ms. Abear's recovery and it is evident that though he observed the post-operative x-rays, he was unable to see the difference in hardware that he believed he implanted versus what he actually implanted.

44. Dr. Jerome Zechmann and Dr. Thomas Helpenstell were the physicians at OOA who treated Ms. Abear after Dr. Husseini left the practice and they both failed to find the

FRONTIER LAW GROUP, LLC
333 W. 4th Ave., Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

obvious discrepancies in the hardware though x-rays were taken at each visit with each doctor following the surgery.

45. Each failure to find the reason that the original surgery failed only prolonged Ms. Abear's pain and suffering, mental anguish and future surgical failures.

## **DAMAGES**

46. As a direct and proximate result of Providence's and OOA's medical negligence; Ms. Abear has suffered the following injuries and damages:

    A. Pain and suffering from the failed surgeries, subsequent surgery because the hardware that was implanted was destined to fail and the pain caused by prolonged, improperly treated injury;

    B. Mental anguish caused by the providers blaming her for the nonunion- claiming that it was because she was a smoker. The emotional depression caused by this mental anguish.

    C. Legal trouble caused by prolonged pain medication that was necessary due to prolonged pain.

    D. Attorney's Fees.

47. The breaches of duty set forth in the preceding paragraphs were outrageous and made with reckless indifference to the rights of the plaintiff such that an award of punitive damages is appropriate; defendants attempted to fraudulently cover up using the incorrect hardware during Ms. Abear's surgery.

FRONTIER LAW GROUP, LLC
333 W. 4th Ave. Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

## PRAYER FOR RELIEF

Wherefore Ms. Abear prays for relief as follows:

1. Ms. Abear prays for an award of general economic and other direct damages in the amount to be proven at trial.

2. Ms. Abear prays for an award of noneconomic damages for her pain and suffering, loss of enjoyment of life, and emotional depression, in the amount of $1,000,000.00 or other amount to be proven at trial.

3. Ms. Abear prays for an award of punitive damages in the amount of the greater of four times the aggregate amount of financial gain defendants received from their misconduct, or $7,000,000.00.

4. Ms. Abear prays that the court award such costs, interest and attorney's fees to which they are entitled under law, and

5. Ms. Abear prays that the Court award then such other relief they are entitled to under law.

DATED this _17_ day of May, 2013.


FRONTIER LAW GROUP, LLC

By: _____
Michael Rose, Alaska Bar No. 1211110
Attorneys for Ms. Abear

COMPLAINT
*Jill Abear v. Providence Health System-Washington et al.*, Case No. 3AN-13-      CI
Page 8 of 8

FRONTIER LAW GROUP, LLC
333 W. 4th Ave. Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

PROVIDENCE ST.PETER HOSPITAL
Discharge Summary _2165497

JILL C ABEAR                                    Acct#: 0929800032
                                               MRN: 0000246084

DATE OF ADMISSION: 10/25/2009

DATE OF DISCHARGE: 10/31/2009

ADMITTING DIAGNOSES: Grade II open right humerus and segmental radius and
ulna fractures with dorsal forearm skin loss, multiple lacerations and
abraded and stretched neurovascular structures.

DISCHARGE DIAGNOSIS: Grade II open right humerus and segmental radius and
ulna fractures with dorsal forearm skin loss, multiple lacerations and
abraded and stretched neurovascular structures.

PROCEDURES:
1. Open reduction, internal fixation of right humerus, radius and ulna
      fractures with irrigation and debridement of open fractures.
2. Repeat irrigation and debridement with split-thickness skin grafting right
      thigh to right forearm.

HISTORY: 28-year-old lady involved in motor vehicle accident, suffered a
severe right arm injury, presented to the St. Peter Emergency Room for
further care. Past history of hernia, wisdom teeth extraction, dental
abscesses.

MEDICATIONS: Penicillin.

ALLERGIES:  No known drug allergies.

REVIEW OF SYSTEMS: Negative.

PHYSICAL EXAMINATION ON ADMISSION: VITAL SIGNS: Afebrile. Vitals stable.
HEENT: Scalp laceration, otherwise atraumatic.  NECK: Within normal limits.
CHEST: Within normal limits. HEART: Within normal limits. ABDOMEN: Within
normal limits. EXTREMITIES: Right arm had a large medial arm flap
laceration and lateral dorsal forearm skin loss with significant dirty
contamination, decreased motor function and sensation in the hand.

X-ray showed a displaced mid shaft right humerus, segmental right radius
and mid shaft right ulna fractures with multiple glass fragments.

HOSPITAL COURSE: The patient was admitted, taken to the operating room,
underwent an extensive irrigation, debridement, open reduction, internal
fixation of the right grade II open humerus and forearm fractures, was
found to have abraded, stretched median, ulnar and radial nerves, tolerated
the procedure well, was transported to the floor postoperatively, received 72
hours perioperative antibiotics, Ancef and gentamicin. She was taken back to
the operating room on October 28, 2009 for repeat irrigation, debridement,
split-thickness skin grafting right thigh to right arm, tolerated that
procedure well. She did have an issue with yeast in her armpit and chest,
which was treated with nystatin powder followed by Diflucan. She was eating
and eliminating normally, so was discharged home on October 31, 2009 in a
long arm splint in stable condition, will take oral Keflex, Diflucan,
clotrimazole cream to the affected areas, Vicodin and oxycodone, will follow
up with Dr. Husseini in a week for dressing change, can work on active and



ABEAR , JILL C                 0000246084        0929800032

Abear000001

passive range of motion of the fingers, no heavy lifting or forceful gripping and should call for any increased bleeding, swelling, pain or discharge.


Ghalib A Husseini, MD


GAH/trs      Job#: 019143543/2165497  D: 01/08/2010  8:32 A PST    T:
01/08/2010  9:32 A PST ████████████          MLS#: 96906
cc:   Ghalib A Husseini, MD
Authenticated and Edited by Ghalib A Husseini, MD On 1/14/10 7:09:26 AM


ABEAR , JILL C                    0000246084        092980C032

**Abear000002**

PROVIDENCE ST. PETER HOSPITAL
Operative Report _2157307

JILL C ABEAR

Acct#: 0929800032
MRN: 0000246084

Admit Date: 10/25/2009

DATE OF OPERATION: 10/25/2009

Date of operation: 10/25/2009

PREOPERATIVE DIAGNOSES:
1. Open right humerus fracture.
2. Open segmental right radius and ulnar fractures.
3. Extensive contamination of open fractures with multiple lacerations and skin loss on the right upper extremity.

OPERATIVE Procedures:
1. Extensive irrigation and debridement of open fractures and open wounds, right upper extremity.
2. Open reduction and internal fixation, right open humerus fracture.
3. Open reduction and internal fixation of segmental right radius and ulnar fractures.

SURGEON: Ghalib A Husseini, MD

Assistant: Christine B Anderegg, PA-C

ANESTHESIA: General.

INDICATIONS: A 28-year-old lady involved in a car crash, suffered the above injuries. Risks and benefits of irrigation, debridement, open reduction, internal fixation were discussed including bleeding, infection, stiffness, numbness, nonunion, malunion, painful hardware, hardware failure, need for flap or skin graft coverage, and return to the operating room for further irrigation and debridement, nonunion, malunion. Her and her family's questions were answered. They agreed to proceed.

PROCEDURE: The patient was transported to the operating room. General anesthesia was induced without difficulty. Right upper extremity was prepped and draped in the usual sterile fashion. The wounds were examined. There were hundreds of small glass cuts which were contaminated with glass and dirt, along with a large flap laceration on the medial upper arm and another one on the dorsal forearm with skin loss. Approximately an hour was taken in removing foreign material and irrigating the wounds with pulse lavage and sharp debridement. Attention was then turned to the humerus fracture. The biceps and brachialis tendons were retracted medially and an anterolateral approach to the humerus was taken. The ends of the bone were debrided and there was a small amount of comminution at the fracture site. With some difficulty, the humerus was reduced and fixed with 3.5 seven-hole LCDC plate with 6 screws which were progressively drilled, measured, tapped and the appropriate length screws installed. Attention was then turned to the segmental radius and ulnar fractures which were approached through the open wound on the dorsal forearm with skin loss. The segmental radius fracture was reduced and fixed with the longest 3.5 LCDC plate with a combination of locking and nonlocking screws. A 12-hole plate was used for the radius and the ulna was fixed in a similar fashion using a 6-hole plate with a combination of locking and nonlocking screws. A total of 15 nonlocking and 6 locking

ABEAR , JILL C                    0000246084        0929800032

screws were used for all 3 bones. The wounds were once again copiously irrigated with saline. The median nerve in the upper arm had been skeletonized and abraded, but was intact, although quite contused. The ulnar nerve was stretched and contused as well, and the radial nerve in the upper arm was stretched and had been identified and protected during the humeral fixation. The wounds were closed with staples. The forearm wound, where there was skin loss, was closed in a shoelace fashion using vessel loops, with the plan to come back in a couple of days and take a second look for irrigation, debridement and possible skin grafting. A sterile dressing followed by a posterior mold long-arm plaster splint was applied and the patient was awakened and extubated, transported to the recovery room in stable condition. All counts were reported as correct. Blood loss approximately 200 mL.

Ghalib A Husseini, MD

GAH/trs        Job#: 018949797/2157307    D: 12/27/2009  6:30 P PST    T: 12/28/2009  8:57 A PST ▮▮▮▮▮▮▮        MLS#: 97678
cc:  Ghalib A Husseini, MD
Authenticated by Ghalib A Husseini, MD On 01/06/2010 07:05:00 AM

ABEAR , JILL C              0000246084        0929800032

Abear000004

210374
ABEAR, JILL

DOB: 11/12/19??
SHALIB HUSSEINI, M.D.


Ms. Abear is about three weeks status post open right humerus and forearm
fractures and skin grafting. She is doing okay.

On exam today her dressings were changed. There is no evidence of infection.
The medial upper arm incision is black. Has some serous drainage. Her staples
were removed and replaced with Steri-Strips.

X-RAYS: Three views of the right humerus compared to films from the hospital
show that there is minor angulation of the internally fixed right humerus
fracture, approximately 10 degrees of lateral apex angulation compared to the
prior films.

X-RAY IMPRESSION: Minor angulation right humerus fracture status post ORIF

X-RAYS: Three views of the right forearm compared to prior films show
segmental radius and ulnar shaft fractures that have been fixed with plates
and screws in near anatomic position.

X-RAY IMPRESSION: Interval changes status post ORIF right both bone forearm
fracture

She was recognitized and given a prescription to have a custom made hinged
elbow brace made. I recommended we let it heal in by secondary intention.
Her pain pills and antibiotics were refilled. We will see Ms. Abear back in a
couple of weeks to see how she is coming along. They can do antibiotic
dressing changes. She was given a prescription for dressing change supplies
as well.

Shalib A. Husseini, M.D.
Olympia Orthopaedic Associates, P.L.L.C.
SH/kf

210374
ABEAR, JILL

DOB: 11/12/19??
SHALIB HUSSEINI, M.D.


X-RAYS: Three views of the right humerus compared to films from the hospital
show that there is minor angulation of the internally fixed right humerus
fracture, approximately 10 degrees of lateral apex angulation compared to the
prior films.

X-RAY IMPRESSION: Minor angulation right humerus fracture status post ORIF

X-RAYS: Three views of the right forearm compared to prior films show
segmental radius and ulnar shaft fractures that have been fixed with plates
and screws in near anatomic position.

X-RAY IMPRESSION: Interval changes status post ORIF right both bone forearm
fracture

Shalib A. Husseini, M.D.
Olympia Orthopaedic Associates, P.L.L.C.
SH/kf

213374
ABEAR, JILL

DOS: 01/07/20XX
GHALIB HUSSEINI, M.D.

Ms. Abear is about three months status post ORIF open right humerus radius and ulna fractures with bone graft. She is continuing to improve. Has been working on elbow range of motion which is about 30 to 90 degrees now.

On exam today her wrist is quite stiff. She really has minimal flexion and about 10 degrees of extension. Her fingers are stiff as well. She has about 60 degrees of flexion right at the MP joints. Has about 70 degrees at the PIP joints. Basically she can get down to about 90 degrees. Her skin graft is fully healed. Her radial arm wound is near fully healed and her swelling is down significantly. She has been wearing an edema sleeve which is helping.

X-RAYS: Three views of the right arm and forearm were done today. They re-demonstrate the internally fixed humerus and segmental radius and ulna fractures. There is evidence of healing at the ulna and proximal radius fractures. No obvious evidence of healing at the humerus and distal radial shaft fractures. There has been no change in position of the hardware from the prior films.

X-RAY IMPRESSION: Normal healing status post ORIF right radius, ulna and humerus fractures.

I would like Ms. Abear to continue with active assisted range of motion and work on stretching her fingers. We will see her back in a month when we will repeat three views of her arm and forearm.

Ghalib A. Husseini, M.D.
Olympia Orthopaedic Associates, P.L.L.C.
GH/k

213374
ABEAR, JILL

DOS: 01/07/20XX
GHALIB HUSSEINI, M.D.

X-RAYS: Three views of the right arm and forearm were done today. They re-demonstrate the internally fixed humerus and segmental radius and ulna fractures. There is evidence of healing at the ulna and proximal radius fractures. No obvious evidence of healing at the humerus and distal radial shaft fractures. There has been no change in position of the hardware from the prior films.

X-RAY IMPRESSION: Normal healing status post ORIF right radius, ulna and humerus fractures.

Ghalib A. Husseini, M.D.
Olympia Orthopaedic Associates, P.L.L.C.
GH/k

Abear000006

213374
ABEAR, JILL

DOB:  09/29/2010
THOMAS S. HELPENSTELL, M.D.


HISTORY OF PRESENT ILLNESS:  Jill is a patient of Dr. Husseini, who underwent
irrigation and debridement followed by open reduction and internal fixation
for an open right humeral shaft fracture and an open right both-bone forearm
fracture. The original surgery was on 10/23/2009 and then he took her back
for irrigation and debridement of the open fractures as well as the split-
thickness skin graft from the right thigh to the right forearm on 10/28/2009.
She has gone on to develop a nonunion of the humeral shaft fracture with
breakage of the plate. She does smoke cigarettes and Dr. Husseini has
advised her to stop this. She has been wearing a humeral fracture brace. At
this point, she is frustrated because the right humerus still has an obvious
nonunion and her right arm is not very functional because of this. She
denies any fevers or chills or signs of infection.

PHYSICAL EXAM:  She does have an obvious nonunion of the right midshaft
humerus fracture and as she flexes and moves her arm, she has obvious
deformity of this site. She has no motion at her radius and ulnar fracture
sites and has well-healed surgical scars and traumatic scars as well as a
well-healed skin graft. All in the right upper extremity. Her hand has
normal motor and sensory exam. She does have limited motion of her shoulder
because of the nonunion of the humerus.

X-RAYS:  Two views, right humerus, AP and lateral taken today show a broken
plate with an obvious nonunion through the humeral shaft fracture site in the
middle third. There is some hypertrophic new bone in this region. Bony
contours are otherwise normal.

Two views, right forearm, AP and lateral taken today show a long plate with
screws on the radius and another one on the ulna. There is a healed fracture
of the ulnar shaft and a segmental fracture of the radius with the proximal
portion healed but the distal fracture line is still quite visible consistent
with a nonunion.

IMPRESSION:
1.  Right humeral shaft nonunion with failed internal fixation and broken
hardware.
2.  Right both-bone forearm fracture with healing of the ulna and the
proximal radius fracture and the nonunion of the distal radius fracture site.

RECOMMENDATIONS:  At this point, I think she should have removal of the
broken plate screws, etc. on the right humerus followed by repeat internal
fixation. I would prefer to use an intramedullary nail and would plan on
gently reaming and would provide some internal bone grafting and would also
place some bone graft directly at the nonunion site when I take the hardware
out. While I am there, I would also like to open up the distal radial
fracture site and clean it out and place the bone graft there. I think we
can use allograft in each of these sites rather than any sort of autograft
from her pelvis.

I have gone over risks and benefits of surgery with her in detail. She would
like to proceed. We will get authorization and contact her regarding dates
that are available.


Thomas S. Helpenstell, M.D.
Olympia Orthopaedic Associates, P.L.L.C.

TSH/Int

113374
ABBAR, BILL
DOS:   09/20/2011
THOMAS S. HELPENSTELL, M.D.

X-RAYS:   Right Humerus.
Views Taken:   Two views, AP and lateral.
Description:     There a broken plate with an obvious nonunion through the
humeral shaft fracture site in the middle third.   There is some hypertrophic
new bone in this area but  Bony contours are otherwise normal.

X-RAYS:   Right forearm.
Views Taken:   Two views, AP and lateral.
Description:     There is a long plate with screws on the radius and another one on
the ulna.   There is a healed fracture of the ulnar shaft and a segmental
fracture of the radius with the proximal portion healed but the distal
fracture line is still quite visible consistent with a nonunion.

Thomas S. Helpenstell, M.D.
Olympia Orthopaedic Associates, P.L.L.C.
TSH/Int

PROVIDENCE ST. P.    HOSPITAL
_____ Report _29568259

JILL C ABEAR                                          ACCT#: 1106600376
                                                      MRN: 0000246084

Admit Date. '3

DATE OF OPER..        '0'1


PREOPERATIVE __    _ __
1. Right hum        acture with nonunion.
2. Broken ha        humerus (plate with 6 screws).

POSTOPER____
1. Right num        acture with nonunion.
2. Broken ha        rumerus (plate with 6 screws).

PROCEDURE:
1. Removal           te and 6 screws) right humerus.
2. Open red__        al fixation and bone grafting of right humerus
shaft f_             tr an antegrade Polaris IM nail.

SURGEON: T'             __'', MD

ASSIST___               ARC

ANESTHESI           . Lindberg, MD

ANESTHESI.          atic plus supraclavicular block.

OPERATIVE __         he patient is a 29-year-old female who was
involve '__          '_ accident in August 2010. She had ORIF of a
humerai s a.         _n plating but this went on to nonunion with a
broke__ __ _         __nction of the arm because she cannot raise
it to use n          . __e grossly unstable nonunion of her humerus
shaft  __ __

OPERA___ __          __ have a broken plate and 6 screws which were
removed __ __        through an anterior approach. She had a
hyper_ __ __         __ was reduced through the anterior incision
and __ __             -or proximal to distal which gave excellent
fixatio _ _          __tal interlocking screws as I wanted to allow
the 'r__             __r better healing.

OPER___ __           t'r Polaris 8 mm x 240 mm IM nail with two
3.5 __ __            o_e 5.0 mm proximal screw and no distal
screw __            Graft bone putty at the fracture site. The
broken __ __        e removed and cleaned up and given to the
pat__ __ __

OPERAT___ __         obtaining informed consent, the patient was
taken __ __          _ and given a general anesthetic. She was
given __ __          __ck. She was given the supraclavicular block
in the               t upper extremity was sterilely prepped and
draped _             _n after positioning her on the Schlein
shou_ __             __r her in a supine position while the arm
board __s __         __ out at 90 degrees abduction so we could
approac_            iorly. No tourniquet was used. The previous

Patient:ABEAR , JI__ .        MR:0000246084    Encounter:1106600376    Page 1 of 3

Abear000009

scar was used and this was extended a bit more proximally in a curved fashion over the biceps muscle. The proximal portion of the incision went through the deltopectoral interval with the cephalic vein identified and retracted laterally. The biceps was then carefully retracted medially. This was quite atrophic but I could find the plane between the biceps and brachialis. There was a lot of scar tissue, and we were unable to clearly identify a separate nerve bundle that would be musculocutaneous but we carefully retracted the biceps medially and then came directly down on brachialis.

The brachialis muscle was then carefully split in its anterior midline to expose the fracture nonunion. The broken plate with screws were identified and carefully removed. The rest of the fracture callus was essentially left alone except for a small amount of fibrous tissue right at the nonunion site. I tried to protect the rest of the soft tissues so as not to injure neurovascular structures, in particular the radial nerve posteriorly.

The arm board was then taken away and a Schlein shoulder positioner was elevated 2 notches to bring her into a semi-reclining position. A short incision was made directly over the anterior border of the acromion and the deltoid was split in line with the skin incision. The subacromial space was exposed and the rotator cuff was then split from medial to lateral in line with the skin incision just medial to the greater tuberosity and the supraspinatus. This gave good exposure of the superior aspect of the humeral head. An awl was used to start a hole in this region of the humeral head and then a guidewire was passed through this and this canal widened with a starter drill. We then spent quite a bit of time getting the nonunion site opened up at the intramedullary canal proximally and distally at the fracture site. Through a combination of curettes and guidewires and the 8.5 mm starter reamer, we were able to ream out the canal proximally all the way down to the fracture site. We then took advantage of the open incision anteriorly and looked directly at the distal fragment and open up that fracture sclerosis with a drill bit and then curettes, and then we were able to pass the guidewire and insert the 8.5 mm starter reamer down the distal fragment. Reaming was done and then the guidewire from the Polaris was passed through the proximal incision and down the intramedullary nail from the proximal fragment into the distal fragment, confirmed on C-arm views AP and lateral. Once we had confirmed distal fixation and the appropriate depth and chose the nail as noted above. The nail was inserted over the guidewire and the guidewire was removed. We buried the nail somewhere between 5 and 10 mm from the articular surface of the humeral head, and then placed two proximal unicortical screws and a single 5 mm unicortical screw into the proximal fragment through the guide. I intentionally left screws out of the distal fragment so that this would be a dynamic fixation and would allow for better compression of her fracture. We used the C-arm to confirm that the IM nail was in the appropriate position intramedullary in both fragments and also that the screws proximally were in good position.

The proximal incision was then closed, including 0 Vicryl sutures on the small portion of the rotator cuff and 0 Vicryl sutures to repair the deltoid split. Used a 3-0 Vicryl on subcutaneous and staples on the skin. The small stab wound for the screws over the lateral deltoid was also closed with staples. At this point, the anterior incision was exposed and the arm was on a padded Mayo stand and copious irrigation was performed followed by packing of the fracture site with 10 mL of Dynagraft putty. The split in the brachialis was then carefully

Exhibit A

closed over the wire graft with an 0 running Vicryl suture and then the subcutaneous was closed with 2-0 Vicryl and the skin was closed with staples. The patient was awakened and returned to the recovery room, and the right arm was placed in an arm sling.

ESTIMATED BLOOD LOSS: 250 mL.

COMPLICATIONS: None.

SPECIMENS: The plate and screws were cleaned up and given to the patient. No other specimens were sent.


Thomas S Helpenstell, MD

Job#: 29568359 D: Tue Mar 15 18:45:05 2011 EST T: Tue Mar 15 19:49:18 2011 EST
▬▬▬▬▬▬▬▬ HPI 96879

cc:


Authenticated by Thomas S Helpenstell, MD On 03/22/2011 11:15:13 AM

213374
ABEAR, JILL C.
DOS: 08/30/2011
CHRISTINE ANDERSON, PA-C

Ms. Abear is about a week status post removal of hardware (plate and six screws) right humerus and open reduction and internal fixation and bone grafting of right humerus shaft fracture, nonunion, with an antegrade Polaris IM nail, performed on 05/16/11. Jill is doing well in regard to pain control with narcotic medication, has been using ice and elevation over the surgical site as well as performing dressing changes. She has been wearing a sling for comfort.

PHYSICAL EXAM: Exam of the right upper extremity shows incisions are clean with minimal edema and ecchymosis present and a slight amount of serosanguineous drainage from the distal incision. There is no evidence of infection. She is grossly neurovascularly intact with good capillary refill. She is able to actively extend the wrist with full range of motion of the fingers intact. Distal pulses are intact and equal. She has multiple healed scars present on the arms.

X-RAYS: Two views, AP and lateral of the right humerus, were obtained today and demonstrate postop changes consistent with ORIF, right humerus shaft fracture with a placement of intramedullary nail in good alignment. There are three proximal screws intact.

ASSESSMENT AND PLAN: Stable postoperative course.

Staples were removed and replaced with Steri-Strips. She can work on scar massage with vitamin E lotion once the tapes fall off. She was given a prescription for a platform crutch with instructions to place her full full weight on the right upper extremity to help the compressed humerus. She is instructed no active range of motion specifically with flexion, and external rotation as the distal portion of the plate is not locked and can cause the unlocked screw to wiggle. Prescription for #60 tablets each of oxycodone and Vicoden with no additional refills were provided. John from Biomet was contacted by our orthopaedic scheduler yesterday and is arranging a bone stimulator for the nonunion. They will either have that delivered to her house or meet at the office to show Jill how to use it correctly for the best outcome. Again, discussed smoking cessation and importance specifically so that bony healing is not slow. We will plan on seeing her back in one month and see how she is coming along, unless of any concerns. We will plan repeat x-rays two views of the right humerus at that time.

Christine Anderson, PA-C for Thomas S. Helpenstell, M.D.
Olympia Orthopaedic Associates, P.L.L.C.
CA/Int

213374
ABEAR, JILL C.
DOS: 08/30/2011
CHRISTINE ANDERSON, PA-C

Exhibit A

X-RAYS:  Two views, AP and lateral of the right humerus, were
obtained today and demonstrate postop changes consistent with
ORIF, right humerus shaft fracture with a placement of
intramedullary nail in good alignment.  There are three proximal
screws intact.

Christine Anderson, and for Thomas S. Helpenstell, M.D.
Olympia Orthopaedic Associates, P.L.L.C.
CA/Tnt

# SOUTH PENINSULA HOSPITAL
### 4300 BARTLETT ST.  HOMER AK 99603
### 907-235-8101
## EMERGENCY ROOM REPORT

| | | | |
|---|---|---|---|
| Med Rec Number: | 052049 | Account Number: | 290734 |
| Patient Name: | ABEAR JILL C | ER Date: | 07/17/12 |
| Date of Birth: | | ER Provider: | Judith E. Steyer, MD |
| Gender: | F | Stay Type: E/R | Service Code: E |

## HISTORY OF PRESENT ILLNESS
This is a 30-year-old female who presents to the emergency room with nausea and vomiting. The patient states that she has been vomiting for 4 or 5 days. She also complains of right wrist pain. The patient states that she vomited about 20 times today. She admits to using heroin over the last several months. Her last was the morning of prior to admission. She is also a smoker, but quit 5 days ago.

## PAST MEDICAL HISTORY
Car accident with a significant right arm fracture with which she had metal plates placed. She feels like she has had some change and a break in that hardware over the last several days.

## PHYSICAL EXAMINATION
| | |
|---|---|
| VITAL SIGNS: | The patient's blood pressure is 111/83, pulse is 132, respirations 16, temperature is 98, O2 sat is 98% on room air. |
| HEENT: | Normocephalic and atraumatic. Pupils are dilated. Mouth is moist. |
| NECK: | Supple without cervical lymphadenopathy. |
| LUNGS. | Clear to auscultation. |
| HEART: | Tachycardic with regular rhythm. No murmur. |
| ABDOMEN. | Soft, nontender. |
| BACK: | |
| EXTREMITIES: | Without edema. Right arm, there are multiple scars from past surgeries and noted deformity into the right forearm. There is tenderness to palpation over the distal aspect. |
| SKIN: | The patient has track needle marks noted into her left arm. |
| NEUROLOGIC | The patient is alert and oriented. |

## LABORATORY
Urine tox screen is positive for benzodiazepines and opiates. Urine, specific gravity of 1.020, 2+ blood, leukocytes 1+, too numerous to count bacteria--culture is pending. Urine hCG is negative. White count 8.9, hemoglobin 12.8, hematocrit is 38.6, platelets are 387, glucose 122, BUN 17, creatinine 0.7, sodium 135, potassium 3.4, albumin is 4.4, AST is 12, ALT is 13, alkaline phosphatase 76, lipase 16, amylase is 32.

## IMAGING STUDIES
The patient has an x-ray done of her radius and ulna on the right, which does show fracture of the hardware. There is minimal callus formation around the hardware of her right arm. Minimal displacement is noted.

(Continued)

## EMERGENCY ROOM REPORT

Abear000014

## SOUTH PENINSULA HOSPITAL

4300 BARTLETT STREET  HOMER AK  99603

| | | | |
|---|---|---|---|
| Med Rec Number: | 052049 | Account Number: | 290734 |
| Patient Name: | ABEAR,JILL C | ER Date: | 07/17/12 |
| | | ER Provider: | Judith E. Steyer, MD |

### EMERGENCY ROOM COURSE

The patient is given 1 L of IV fluids after which her heart comes down she feels better. She is also given Zofran 4 mg IV x1. She is able to keep down apple juice. She was given Ativan 0.5 mg after which she falls asleep. Rocephin 1 g IV is provided to treat her noted UTI.

### ASSESSMENT/PLAN

Narcotic withdrawal with nausea, vomiting, and volume depletion. The patient is given a prescription for Phenergan and Ativan 0.5 mg to use primarily at bedtime. Her followup should be back in Washington with her usual orthopedist to follow up for her right arm. Followup should be with her usual provider in Washington. She states that she could contact her family for transportation back home. This is highly advised, as returning to a clean and sober environment would be the best for her all around. The patient agrees with this plan. We will discharge her home with some Phenergan 25 mg 1 orally every 6 hours as needed, #10, and Ativan 0.5 mg orally at bedtime, #6. The followup locally could be at Kachemak Bay Clinic if needed.

Judith E. Steyer, MD
Viewed and Signed electronically by:
Judith E. Steyer, MD

JES:kkp
D-date/time:   7/18/12 / 07:22
T-date/time:   7/21/12 / 17:20
Signed:         08/06/12 09:29

*\* Unsigned transcriptions are preliminary reports and do not represent medical or legal documents *\*

**EMERGENCY ROOM REPORT - PAGE 2**

Abear000015

Page 4 of 6

Progress Notes

Patient: Abear, Jili
Y  Sex: Female
Phone: 907-260-7200
Address: Wildwood Correctional Facility, 10 Chugach Ave, Kenai, AK-99611

Provider: Yolanda Cotton, PAC
Date: 10/16/2012

**Subjective:**
 CC:
  1. Right wrist pain.
 HPI:
  Interval history:
   This is a 31 year old prisoner that suffered an open right humeral shaft fracture, with segmental both bone forearm fracture in 2009. She underwent ORIF of all fractures, requiring a large skin graft. She developed nonunion of both the humeral shaft fracture, which underwent HW exchange to IM nail, and no longer bothers her. She presents today with complains of distal ulna pain and sensation of motion of the bone. She takes ibuprofen which helps.
 ROS:
  Constitutional:
   Negative for history of cancer.
  General:
   Negative for history of anesthesia problems.
  Endocrinology:
   Negative for diabetes.
  Cardiology:
   Negative for heart disease.
  Respiratory:
   Negative for respiratory problems.
  Gastroenterology:
   Negative for GI bleeding, hepatitis, other liver diseases.
  Hematology/Lymph:
   Negative for history of excessive bleeding or DVT.
  Genitourinary:
   Negative for kidney disease.
  Psychiatric:
   Negative for psychiatric illness.

 **Medical History:** None.
 **Surgical History:** Hernia repair x2 , Right arm .
 **Family History:** Non-Contributory
 **Social History:** Smoking: denies cigarettes. Alcohol: denies alcohol use. Occupation: Presently not working. Handedness: right.
 **Medications:** None
 Allergies: N.K.D.A.

**Objective:**
 Vitals: Ht 61.5 inches. Wt 115 pounds, BMI 21.37, Pain scale 8.

http://172.18.0.47:9039/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...  12/17/2012

Abear000016

Exhibit A

**Past Orders:**
**Examination:**
General examination:
This is a healthy appearing woman. Lungs: normal. Cardiovascular: rhythm regular. General appearance: patient appears healthy, well developed well nourished, alert and Oriented x 3, normal mood and affect, no acute distress.
Shoulder / Upper arm:
Shoulder: right. Inspection: no swelling or redness, skin graft well healed, surgical incisions well healed, minimal bony tenderness to palpation.
Wrist / Hand:
Wrist / Hand: right. Inspection. well healed surgical incisions, with healed grafting, TTP at the distal radius with palpable HW .

**Physical Examination:**
Multiple views - right:
wrist wrist and humerus, HW in situ, there is a nonunion of humeral shaft, as well asn distal radial shaft, large defects.

**Assessment:**
Assessment:
1. Open fracture of lower end of radius with ulna - 813.54 (Primary)
2. Open fracture of shaft of humerus - 812.31

**Plan:**
**1. Open fracture of lower end of radius with ulna**
LAB: CBC W/ DIFF
LAB: CRP
LAB: ESR
She will need bone grafting and HW exchange. I will order labs to r/o osteomyelitis, as that is the most common reason for non union.
**Immunizations:**
**Labs:**
**Procedure Codes:** L3908 WHO EXT CNTRL COCK-UP NONMOLD PRFB
**Preventive:**

Follow Up: pm

**Provider:** Yolanda Cotton, PAC
**Patient:** Abear, Jill ██████████     **Date:** 10/16/2012

*yolank Cotton*

http://172.18.0.47:9039/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...   12/17/2012

Abear000017

Page 6 of 6

Electronically signed by Yolanda Cotton , PAC on 10/24/2012 at 10:02 AM AKDT
Sign off status: Completed

http://172.18.0.47:9039/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou ..    12/17/2012

Abear000018

Exhibit A

Received Fax : Dec 17 2012 4:18PM Fax Station : Alaska Computer Essential p. 2



**central peninsula orthopaedics**

Abear, Jill

Wildwood Correctional Facility, 10 Chugach Ave, Kenai, AK, 99611
Home: 907-260-7200
Guarantor: Abear, Jill  Insurance: Department of Corrections
PCP: Yolanda E Cotton
Appointment Facility: CENTRAL PENINSULA ORTHOPEDICS

---

11/01/2012                                      Progress Note: D. Scott Innes, MD

### Reason for Appointment
1. Right wrist pain, consult for surgery

### History of Present Illness
Interval history:
  Mrs. Abear is a 31-year-old right hand dominant prisoner who presents for evaluation of right wrist pain. In 2009, she was involved in a motor vehicle accident in which she sustained a right humeral shaft fracture and a right both bone forearm fracture. She also had a soft tissue injury. Both fractures were treated with open reduction and internal fixation. She also had skin grafts. She describes 2 separate operations done several days apart. Approximately 6 months later, the plate on the humerus broke, and the humerus was revised to an intramedullary nail. She was seen in the emergency department in Homer recently for wrist pain. X-rays at that visit revealed a nonunion of the radial shaft fracture. At that point she does not have any pain in her upper arm. She has been wearing a brace, and since then she has also developed pain in the right upper arm. She has some numbness in her hand but reports full motor function.

### Current Medications
None

### Past Medical History
None

### Surgical History
Hernia repair x2
Right arm

### Family History
Non-Contributory

### Social History
Smoking: denies cigarettes.
Alcohol: denies alcohol use
Occupation: Presently not working
Handedness: right.

### Allergies
N.K.D.A

### Review of Systems

General:
  Negative for history of anesthesia problems
Constitutional:
  Negative for history of cancer.
Endocrinology:

---

Patient: Abear, Jill          Progress Note: D. Scott Innes, MD   11/01/2012
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://172.18.0.47:9039/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...   12/17/2012

Abear000019

Negative for diabetes.

Cardiology:
Negative for heart disease.

Respiratory:
Negative for respiratory problems.

Gastroenterology:
Negative for GI bleeding, hepatitis, other liver diseases.

Hematology/Lymph:
Negative for history of excessive bleeding or DVT.

Genitourinary:
Negative for kidney disease.

Psychiatric:
Negative for psychiatric illness.

**Vital Signs**
Ht 61.5 inches, Wt 115 pounds, BMI 21.37, Pain scale 7.

**Examination**
General examination:
    The patient has multiple scars and skin grafts on her right upper extremity. The forearm scars are all located on the dorsal surface. The humerus scars are medially. She is able to externally rotate her shoulder more than 90°, because it is obviously rotating through the humerus nonunion site. She has decreased supination. She has good wrist extension but essentially no flexion. She can abduct and adduct the fingers. She can flex and extend the thumb.

**Assessments**
1. Right radius nonunion - 733.82 (Primary)
2. Right humerus nonunion - 733.82

**Treatment**
**1. Right radius nonunion**
I reviewed the patient's x-rays taken recently in Homer. She has a broken plate on the radius with a nonunion of the distal radial shaft. I was able to view some old x-rays of her humerus which showed a nail and a nonunited midshaft fracture. There are no distal interlocks. I discussed treatment options with her. If she were interested in surgery, I would recommend first fixing the radius. This would involve removing some of the hardware, but leaving the proximal portion of the plate in place. It would take an enormous incision to remove the entire plate, and removing it is not necessary. I would recommend a volar approach, where she has good skin. I would plate the humerus under compression and also apply Infuse. There is a good chance that this will make the nonunion heal. This appears to have been an open fracture, and infection is certainly a concern. I warned her that surgery could awaken a quiescent infection. As far as the humerus is concerned, this is a much riskier operation given the location of the radial nerve. The reason for visit today was to discuss the radius nonunion, and so we will tackle that problem first. The humerus was not symptomatic until she began to wear the wrist brace. I would be happy to fix the radius nonunion for her. It is up to the criminal justice system as to whether that occurs. The risks of surgery include but are not limited to bleeding, blood clots, infection, damage to adjacent tissues or organs, nerve damage, injury to blood vessels, swelling, pain, suture reaction, delayed healing, scarring, incomplete resolution of symptoms, recurrence, additional operations, heart attack, breathing problems, anesthesia or medication reaction, paralysis, and death.

Patient: Abear, Jill                    Progress Note: D. Scott Innes, MD    11/01/2012
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://172.18.0.47:9039/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...    12/17/2012

12/17/2012 4:04 PM  FROM: Fax CENTRAL PENINSULA ORTHOPEDICS  TO: 19072732101   PAGE: 004 OF 007

**Electronically signed by David Innes , MD on 11/01/2012 at 05:25 PM AKDT**

**Sign off status: Completed**

---

**CENTRAL PENINSULA ORTHOPEDICS**
**250 HOSPITAL PL**
**SOLDOTNA, AK 996697559**
**Tel: 907-714-4120**
**Fax: 907-262-7795**

---

**Patient: Abear, Jill** ▮▮▮▮▮▮▮ **Progress Note: D. Scott Innes, MD**  11/01/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://172.18.0.47:9039/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encou...   12/17/2012

Exhibit A

Abear000021